UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ALEJANDRA BADILLO,<br><br>            Plaintiff,<br><br>      v.<br><br>LO SEWING, INC., SL SEWING INC., MARIA GALLEGOS, SALIM ABOUHAMRA a/k/a SALIM ABOHAMRA a/k/a SALIM HAMRA, and RAFOUL ABOUHAMRA, a/k/a RAFOUL ABOHAMRA a/k/a RAFOUL ABOU HAMRA<br><br>            Defendants. | Case No.: 24-cv-02847-NRM-JAM<br><br>**<u>NOTICE OF MOTION</u>** |

**PLEASE TAKE NOTICE** that upon the declaration of Michael Taubenfeld, Esq., the declaration of Elissa Devins, Esq., the declaration of Plaintiff Alejandra Badillo and upon the annexed exhibits and accompanying memorandum of law served and filed herewith, Plaintiffs will move this court before the Honorable Nina R. Morrison, United States District Judge, on a date and time set by this Court, for an order pursuant to Fed.R.Civ.P.55 entering a default judgment on behalf of Plaintiff against Defendants Lo Sewing, Inc., SL Sewing Inc., Maria Gallegos, and Salim Abouhamra a/k/a Salim Abohamra a/k/a Salim Hamra, jointly and severally, and awarding:

(1)     Unpaid minimum wages in the amount of $139,719.14;

(2)     Unpaid overtime wages in the amount of $106,459.99;

(3)     NYLL liquidated damages (NYLL-only period) in the amount of $246,179.13;

(4)     NYLL § 195 statutory damages in the amount of $10,000;

(5)     NYLL § 191 untimely-payment damages in the amount of $29,704.64;

1

(6)     Pre-judgment interest at 9% per annum from April 30, 2023 through the date of

judgment;

(7)     Reasonable attorneys' fees and costs totaling $6,513;

(8)     Increase the judgment by 15% if Defendants do not pay within 90 days; and

(9)     Such other and further relief as this Court deems just and proper.

Dated: New York, New York
       July 13, 2026                                    Respectfully submitted,


                                                        ____/s/ Michael Taubenfeld_____
                                                        FISHER TAUBENFELD LLP
                                                        Michael                    Taubenfeld
                                                        (michael@fishertaubenfeld.com)
                                                        225 Broadway, Suite 1700
                                                        New York, New York 10007
                                                        Phone: (212) 571-0700
                                                        Facsimile: (212) 505-2001

                                                        NEW YORK LEGAL ASSISTANCE
                                                        GROUP
                                                        Elissa Devins (devins@nylag.org)
                                                        100 Pearl St 19th Fl.
                                                        New York, NY 10004
                                                        Phone: (212) 613-5000

                                                        *ATTORNEYS FOR PLAINTIFFS*