**EXHIBIT 4**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **ALEJANDRO BADILLO DAMAGES** | | | | | | | | | |
| Dates | Regular Hours Per Week | OT Hours Per Week | Total Hours Per Week | Weekly Pay | Effective Hourly Rate | Min Rate | OT Rate | OT Dmgs Per Week | Min Dmgs Per Week | Weeks | Total OT Dmgs | Total Min Dmgs | Total Liquidated Damages | Total Damages |
| 12/31/20-3/22/20 | 40 | 20 | 60 | $200.00 | $3.33 | $15.00 | $22.50 | $383.33 | $466.67 | 12 | $4,600.00 | $5,600.00 | $10,200.00 | $20,400.00 |
| 8/1/20-12/31/23 | 40 | 20 | 60 | $200.00 | $3.33 | $15.00 | $22.50 | $383.33 | $466.67 | 174 | $66,700.00 | $81,200.00 | $147,900.00 | $295,800.00 |
| 1/1/24-4/17/24 | 40 | 20 | 60 | $200.00 | $3.33 | $16.00 | $24.00 | $413.33 | $506.67 | 14 | $5,786.67 | $7,093.33 | $12,880.00 | $25,760.00 |
| 4/18/24-12/31/24 | 40 | 17.75 | 57.75 | $200.00 | $3.46 | $16.00 | $24.00 | $364.53 | $501.47 | 37 | $13,487.54 | $18,554.46 | $32,042.00 | $64,084.00 |
| 1/1/25-9/30/25 | 40 | 17.75 | 57.75 | $200.00 | $3.46 | $16.50 | $24.75 | $377.84 | $521.47 | 39 | $14,735.78 | $20,337.40 | $35,073.19 | $70,146.38 |
| 2/1/26-5/31/26 | 30 | 0 | 30 | $190.00 | $6.33 | $17.00 | $25.50 | $0.00 | $320.00 | 16 | $0.00 | $5,120.00 | $5,120.00 | $10,240.00 |
| 6/1/26-6/22/26 | 15 | 0 | 15 | $190.00 | $12.67 | $17.00 | $25.50 | $0.00 | $65.00 | 3 | $0.00 | $195.00 | $195.00 | $390.00 |
| 6/23/26-7/10/26 | 40 | 17 | 57 | $200.00 | $3.51 | $17.00 | $25.50 | $383.33 | $539.65 | 3 | $1,150.00 | $1,618.95 | $2,768.95 | $5,537.89 |
| | | | | | | | | | | | $106,459.99 | $139,719.14 | $246,179.13 | $492,358.27 |