UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ALEJANDRA BADILLO,

Plaintiff,

-against-

LO SEWING, INC., MARIA GALLEGOS, SELIN LNU, SL SEWING INC., SALIM ABOUHAMRA (a.k.a. SALIM ABOHAMRA, SALIM HARMA) & RAFAOUL ABOUHAMRA (a.k.a. RAFOUL ABOHAMRA, RAFOUL ABOU HAMRA),

Defendants.
------------------------------------------------------------------ X

**SCHEDULING ORDER**
No. 24-CV-2847 (NRM)(SDE)

**EICHENHOLTZ**, United States Magistrate Judge:

A telephone status conference will be held **August 21, 2026 at 11:15 AM** before Magistrate Judge Eichenholtz. To access this conference, the parties are directed to call the number 571-353-2301, enter the call ID number 701-268-003 and then press #. **Defendants Maria Gallegos, Selin Lnu, Lo Sewing, Inc., SL Sewing Inc., and Salim Hamra are warned that if they fail to appear at the conference, they may waive important defenses and the Court may grant Plaintiff's motion seeking a default judgment against them.**

Plaintiff is directed to serve a copy of this order on each of Defendants Maria Gallegos, Selin Lnu, Lo Sewing, Inc., SL Sewing Inc., and Salim Hamra at all addresses and through all forms of contact known to them, including e-mail, and to file a declaration of service listing each method on or before **July 23, 2026.**

**SO ORDERED.**

Dated: Brooklyn, New York
July 20, 2026

/S/ *SETH D. EICHENHOLTZ*
SETH D. EICHENHOLTZ
United States Magistrate Judge
Eastern District of New York