UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
ALEJANDRA BADILLO,

Plaintiff,

-against-

**SCHEDULING ORDER**
No. 24-CV-2847 (NRM)(SDE)

LO SEWING, INC., MARIA GALLEGOS, SELIN LNU, SL SEWING INC., SALIM ABOUHAMRA (a.k.a. SALIM ABOHAMRA, SALIM HARMA) & RAFAOUL ABOUHAMRA (a.k.a. RAFOUL ABOHAMRA, RAFOUL ABOU HAMRA),

Defendants.
---------------------------------------------------------- X
**EICHENHOLTZ**, United States Magistrate Judge:

Argument heard on Plaintiff's motion for a default judgment. As individual Defendant Gallegos appeared at this conference, the Court ruled that she (and the other Defendants) shall have an additional 30 days to find attorneys and/or participate in this action. The motion for a default judgment is stayed during this time.

Should any Defendant retain an attorney, they shall promptly advise Plaintiff's counsel. If any Defendant needs additional time to seek counsel, they should make a motion for additional time. If they have questions as to how to do that without counsel, they should look at the information provided on the Court's website at https://www.nyed.uscourts.gov/representing-yourself and, after doing that, may contact the Court's pro se office at (718) 613-2665, or the New York City Bar Justice Center's Federal Pro Se Legal Assistance Project via its website at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/ or by telephone at (212) 382-4729.

**SO ORDERED.**

Dated: Brooklyn, New York
August 24, 2026

/S/ *SETH D. EICHENHOLTZ*
SETH D. EICHENHOLTZ
United States Magistrate Judge
Eastern District of New York