UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------- X
ALEJANDRA BADILLO,

Plaintiff,

-against-

**ORDER**
No. 24-CV-2847 (NRM)(SDE)

LO SEWING, INC., MARIA GALLEGOS, SELIN LNU, SL SEWING INC., SALIM ABOUHAMRA (a.k.a. SALIM ABOHAMRA, SALIM HARMA) & RAFAOUL ABOUHAMRA (a.k.a. RAFOUL ABOHAMRA, RAFOUL ABOU HAMRA),

Defendants.
--------------------------------------------------------- X
**EICHENHOLTZ**, United States Magistrate Judge:

Plaintiff shall file a status report by **October 2, 2026**.

**SO ORDERED.**

Dated: Brooklyn, New York
September 24, 2026

/S/ *SETH D. EICHENHOLTZ*
SETH D. EICHENHOLTZ
United States Magistrate Judge
Eastern District of New York